1
2
3
4
5
6
7
8
9

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A POLE CAMERA NEEDED FOR A CRIMINAL INVESTIGATION | CASE NO. 5:21-sw-00110-JLT<br><br>[~~PROPOSED~~] ORDER<br><br>**UNDER SEAL** |

10
11
12
13
14

**ORDER**

15       This matter comes before the Court pursuant to the application of the United States, under the

16  All Writs Act, Title 28, United States Code, Section 1651(a), requesting an Order be issued:

17       1.       Authorizing the installation, maintenance and use of video equipment on a utility pole.

18  The utility pole is located on the northwest corner of 6901 Di Giorgio Road, in the city of Lamont,

19  California.  The utility pole has a view of Di Giorgio Road east and west from Pierce Drive, a view

20  directly north of Di Giorgio Road, and the west fence line/entry gate of **7022 Di Giorgio Road,**

21  **Lamont, California 93241** (**Location #1**).  The utility pole is owned by PG&E and is located on the

22  property owned by the city of Lamont.  The pole camera shall be used to conduct and record visual

23  surveillance of activities along the public thoroughfare and the exterior (the latter meaning areas that can

24  be observed by normal surveillance from a public vantage point) of the surrounding area for a period of

25  90 days.

26       2.       Directing PG&E and the city of Lamont to furnish agents of Homeland Security

27  Investigations (HSI) forth with all of the information, facilities and technical assistance necessary to

28

accomplish the installation, maintenance and use of the video equipment.  The Court finds that the United States has offered specific and articulable facts showing that there are reasonable grounds to believe that the information likely to be obtained by the installation and use of the requested video equipment relevant and material to an ongoing criminal investigation by Homeland Security Investigations (HSI), in conjunction with the Drug Enforcement Administration (DEA) and the Kern County Sherriff's Office (KCSO) (collectively, the "Investigating Agencies"), and others in connection with various offenses in violation of Title 21, United States Code, Sections 841 and 846.  Accordingly:

IT IS HEREBY ORDERED, pursuant to 28 United States Code, Section 1651(a), that the Investigating Agencies are authorized to install, maintain, and use the requested video equipment on the aforementioned utility pole to conduct surveillance of the public thoroughfare and the exterior of the surrounding area of 7022 Di Giorgio Road (Location #1) in Lamont, California, for a period of 90 days;

IT IS FURTHER ORDERED, that PG&E and the city of Lamont shall provide the Investigating Agencies forthwith with all of the information, facilities and technical assistance necessary to accomplish the installation, maintenance, and use of the video equipment with a minimum of interference with services presently provided by means of the utility pole; and

IT IS FURTHER ORDERED, that PG&E and the city of Lamont shall be compensated by Homeland Security Investigations (HSI) for reasonable expenses incurred in providing technical assistance; and

IT IS FURTHER ORDERED that in the event that the city of Lamont and/or PG&E objects to this Order, it shall have the right to apply forthwith to the Court ex parte for whatever relief or modification it deems essential under the Order and its obligation to comply with this Order shall be stayed until the Court rules on any such objection; and

IT IS FURTHER ORDERED that this Order and the Application be filed and maintained UNDER SEAL until further order of the Court, and that PG&E, the city of Lamont, and their agents

ORDER

and employees, shall not disclose to any other person the existence of this Order, the Application, the

camera or this investigation, unless and until otherwise ordered by the Court.


Dated:      October 15, 2021                               _____
                                                           The Honorable Jennifer L. Thurston
                                                           Chief United States Magistrate Judge